IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the cases listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| 8:99CR72 | USA v. Rajitha Goli |
| 8:98CR126 | USA v. Miguel A. Calderin-Rodriquez, Alberto Martinez-Mostelier, Ernesto Silverio Contreras, Ricardo Gorrin |

DATED this 28th day of June, 2007.

BY THE COURT

s/Lyle E. Strom
Senior United States District Judge