IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR126 |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL CALDERIN-RODRIQUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on a motion by the defendant, Miguel Calderin-Rodriquez, to reconsider the Court's order denying his fourth successive habeas corpus filing (Filing No. 721).

IT IS ORDERED that the motion is denied.

DATED this 24th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court